UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80014-SMITH/MAYNARD

UNITED STATES OF AMERICA

vs.

TERON ANSON BETHEL,

      **Defendant.**
_____/

## FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

The United States of America and Defendant Teron Anson Bethel, (hereinafter "Defendant") agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt as to Counts One, Two, Three, Four, Five, Six and Seven of the Indictment charging the defendant with Conspiracy to Commit an Offense Against the United States, in violation of Title 18, United States Code, Section 371, Robbery and Attempted Robbery of a U.S. Postal Service Employee of Property belonging to the United States, in violation of Title 18, United States Code, Section 2114(a), and Unlawful Possession of a U.S. Postal Service Mail Key, in violation of Title 18, United States Code, Section 1704:

### Elements
#### Count 1: Conspiracy to Commit an Offense Against the United States

**First:** The Defendant and co-defendant Tira Ashjane Bethel in some way agreed to try to accomplish a shared and unlawful plan;

**Second:** The Defendant knew the unlawful purpose of the plan and willfully joined it;

**Third:** During the conspiracy, one of the conspirators knowingly engaged in at least one overt act as described in the Indictment; and

**Fourth:** The overt act was committed at or about the time alleged and with the purpose of carrying out and accomplishing some object of the conspiracy.

1

### Counts 2, 3, 4, 5, 6: Robbery of a U.S. Postal Service Employee of Property belonging to the United States

**First:** The Defendant intentionally took or attempted to take from the person or the presence of the person described in the Indictment any mail matter or any other money or any other property of the United States then in the lawful charge, control or custody of that person; and

**Second:** The Defendant took the property against the victim's will, by means of force and violence and by means of intimidation.

### Count 7: Unlawful Possession of a U.S. Postal Service Mail Key

**First:** The Defendant knowingly and unlawfully possessed any key suited to any lock adopted by the Postal Service and in use on any lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter; and

**Second:** The Defendant did so with the intent unlawfully and improperly to use such key and to cause such key to be unlawfully and improperly used.

### Facts

1. On January 10, 2023, at approximately 5:01 p.m., the United States Postal Inspection Service ("USPIS") received a report of a postal robbery in the area of Emerald Place Way, Delray Beach, Florida. During the robbery, a black BMW tailgated the United States Postal Service ("USPS") vehicle into a residential complex. The letter carrier became nervous and waited in the USPS vehicle until the BMW left the complex. The letter carrier then proceeded to continue the mail route at which point the Defendant approached the letter carrier with what appeared to be a handgun and demanded the USPS mail key from the letter carrier. The Defendant took the key, fled the complex and thereafter entered a black BMW.

2. On January 11, 2023, at approximately 11:21 a.m., USPIS received a report of a postal robbery in the area of 3530 Dorrit Avenue, Boynton Beach, Florida. During the robbery, the letter carrier delivered a parcel to a residence and upon returning the USPS vehicle, the Defendant approached the letter carrier with what appeared to be a handgun. The Defendant

2

demanded the USPS key from the letter carrier which the letter carrier provided. The Defendant then fled the scene in the black BMW. A short time later, another robbery was reported in the area of Coronado Lake Drive, Boynton Beach, Florida. A black BMW followed a USPS vehicle into a gated community. After delivering a parcel to a residence, the Defendant approached the letter carrier with what appeared to be a handgun and demanded the USPS key. The letter carrier provided the Defendant with the keys to the USPS vehicle. The Defendant took the keys and looked around the vehicle before he left the keys and fled in the black BMW.

3. On the same date, at approximately 1:50 p.m., USPIS received a report of a postal robbery in the area of Hillsboro Boulevard, Coconut Creek, Florida. During the robbery, co-defendant Tira Bethel approached the letter carrier with what appeared to be a handgun and demanded the USPS key. The letter carrier provided the USPS vehicle keys to co-defendant Tira Bethel who responded by stating, "Not that one. The universal key." The letter carrier then gave the USPS universal key to co-defendant Tira Bethel. Co-defendant Tira Bethel then fled in the scene in the black BMW as the Defendant drove the vehicle. Later at approximately 3:30 p.m., USPIS received a report of a postal robbery in the area of Southwest 66th Avenue, Boca Raton, Florida. During the robbery, co-defendant Tira Bethel approached the letter carrier with what appeared to be a handgun and demanded the USPS key. The letter carrier provided the USPS key and co-defendant Tira Bethel fled the scene in the black BMW.

4. On the same date at approximately 4:30 p.m., a Boynton Beach Police Department officer located the black BMW and initiated a traffic stop; however, the BMW fled the scene and a vehicle pursuit ensued. After approximately fifteen minutes, the BMW came to a stop in a McDonald's parking lot in Boca Raton, Florida. The defendant exited the driver side door and co-defendant Tira Bethel exited from the front passenger side door. Both fled on foot before being

3

apprehended. A search of the BMW revealed an airsoft pistol, masks and clothing that matched the description of the items worn by the defendant and co-defendant during the robberies and two stolen USPS keys.

5. During a recorded post-*Miranda* interview of co-defendant Tira Bethel, she stated that individuals, through a social media messaging application, offered between $1,000 to $2,500 for stolen USPS universal keys.

6. All events occurred in the Southern District of Florida.

MARKENZIE LAPOINTE
UNITED STATES ATTORNEY

10/6/23
DATE

By: _____
BRIAN D. RALSTON
ASSISTANT UNITED STATES ATTORNEY

10/4/2023
DATE

By: _____
PETER PATANZO
COUNSEL FOR DEFENDANT

10-4-2023
DATE

By: _____
TERON ANSON BETHEL
DEFENDANT